1)

Howard G. Jackson is Demanding $60 million dollars For all 3

① Defamation / My Case with H.R.D. Ramsey

② Corruption / took part with other's Agencies. Have proof of all Documents will show in court

③ Mail Fraud All Defendants knew or knows about Mail Fraud look at police Report / And post office sorry we miss you letter

Demanding

$60 million dollars

03/06/2019

*Howard Jackson* (signature)

651-313-2306 Cell #

RECEIVED
MAR 15 2019
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

SCANNED
MAR 15 2019
U.S. DISTRICT COURT ST. PAUL

(1)

02/28/2019 Notice to Sue

Human Rights Department Ramsey County St. Paul MN

Misconducts on Defendants

(1) Melvin Carter the Mayor For HRD

(2) Jeffry Martin Director of H.R.D

(A) Accused them of Discrimination against me taking advantage of my disability*

(B) Tampering Evidence and Documents withholding (5) Audio Recording that help my case.

(C) Corruption/Corrupted my case Employment and Housing

(D) Hold evidence that I couldn't confess to on Defendants Report

*signature*
02/28/2019

2/28/19
*signature*

RECEIVED FEB 28 2019 ATTORNEY GENERAL

RECEIVED MAR 15 2019 CLERK, U.S. DISTRICT COURT ST. PAUL, MINNESOTA

PAMELA JEAN HEWITT
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2022

① 02/27/2019
# Notice to Sue/Tort Claim

Howard G Jackson
153 Emerson Ave E #204
West St Paul MN 55118
(cell)# 651-313-2306

RECEIVED FEB 27 2019 ATTORNEY GENERAL

Notice to sue The state of M.N

① state agency/Radius Health
166 4th St E #200 St.Paul MN 55102
Ⓐ Right to sue letter H.R.D
Radius Health gets Grant $ money from state.
Ⓒ Denied Me Housing/corrupt Discriminated against me "
Ⓓ Building Code Violation From city

RECEIVED MAR 15 2019 CLERK, U.S. DISTRICT COURT ST. PAUL, MINNESOTA

Ⓔ Unsafe for my children
Ⓕ Retaliation on Radius Health And G.R.H Housing.
Ⓖ Mail Fraud 243 Western Ave S #1 St. Paul MN 55102.

2/27/19

02/27/2019
Howard [signature]

PAMELA JEAN HEWITT
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2022