05/07/2019

Howard G. Jackson
Case # 0:19-CV-00724-PJS-DTS



#651-508-7916
Howard Jackson
New # V.S
Radius Health/GRH

SCANNED CK
MAY 07 2019
U.S. DISTRICT COURT ST. PAUL

RECEIVED
MAY 07 2019
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

① Notice that has been Filed to My Address 153 Emerson Ave E. #204 West St. Paul MN 55118

② Notice it has been Serve To all Defendants in case process Receipt and Return Demand (30) Day's to be Serve,